MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINE Y. WONG ((NYBN 3988607)
WIL FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301/6959
    Facsimile: (415) 436-6753
    E-Mail: christine.wong@usdog.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHRISTOPHER BRYAN ABLETT, <br><br> Defendant. | No. CR 09-0749 RS <br><br> REVISED STIPULATION AND [PROPOSED] REVISED PROTECTIVE ORDER |

    The United States of America, by its attorneys, Melinda Haag, United States Attorney, and Christine Y. Wong, Assistant United States Attorney, of counsel, and the defendant, Christopher Bryan Ablett, by his attorneys, Michael Burt, Esq., and Richard Mazer, Esq., hereby stipulate to the following Protective Order:

    1.    Disclosure and dissemination of certain materials relating to the above-captioned matter may jeopardize the safety of certain individuals who may be witnesses, victims, and/or their families and friends. Such individuals are referenced herein as "Protected Witnesses."

2. The term "Protected Material" applies to any and all materials and/or information that disclose or reasonably suggest the identity or whereabouts of Protected Witnesses, including Social Security Number, dates of birth, driver's license numbers, and other such personal information. Protected Materials shall be marked as such.

3. In order to ensure the safety of Protected Witnesses and/or their families and friends, dissemination and possession of the Protected Material shall be limited only to counsel for the defendant, Michael Burt, Esq., and Richard Mazer, Esq., and their secretarial and clerical personnel, including paralegals and investigators ("defense counsel"). Defense counsel and anyone in their employ who are given access to Protected Material shall review and agree to comply with this Protective Order. Defense counsel shall be responsible for ensuring that Protected Material not be disseminated to and/or possessed by anyone not authorized by this Protective Order. In addition, defense counsel shall not disclose identifying information contained in Protected Material to anyone — including the defendant — except in accordance with the terms of this Protective Order.

4. Possession and use of the Protected Material by defense counsel are only for the purpose of preparing for and trying the criminal case of the defendant and for no other purpose. Other than these purposes, the Protected Material shall not be distributed, shown, or disseminated to anyone else. Beginning 21 days before trial, the defendant may review Protected Material in the presence of defense counsel, but Protected Material shall not be left in the custody of the defendant.

5. At the end of the trial of the defendant, defense counsel shall return all the Protected Material, and any and all copies of the Protected Material, to the Government, which will preserve the materials in case there is need for them in any future litigation.

///

SO STIPULATED.

          Respectfully submitted,

          MELINDA HAAG
          United States Attorney

Dated: August 26, 2011       /S/
          CHRISTINE Y. WONG
          Assistant United States Attorney

Dated: August 26, 2011       /S/
          MICHAEL BURT, ESQ.
          RICHARD MAZER, ESQ.
          Attorneys for Christopher Bryan Ablett

SO ORDERED.

Dated: August 26, 2011       *[signature]*
          HON. RICHARD SEEBORG
          United States District Judge