MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail: christine.wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHRISTOPHER BRYAN ABLETT, <br><br> Defendant. | No. CR 09-0749 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER |

On September 6, 2011, the parties filed their motions in limine. According to the schedule ordered by the Court, responses to those motions are due on September 8, 2011. On September 7, 2011, the Court held a motions hearing at which the defendant requested, and the Court granted, a continuance of the trial date. The Court also vacated all other dates, including the date to respond to the motions in limine. The parties propose the following schedule for responses and argument:

- responses to already-filed motions in limine due September 15, 2011;

| | |
|---|---|
| 1 | • replies due September 20, 2011; and |
| 2 | • argument on September 27, 2011, at 2:30 p.m. |

The parties further agree that an exclusion of time from September 7, 2011, to September 27, 2011, is necessary for effective preparation of counsel. Accordingly, the ends of justice served by excluding the period from September 7, 2011, to September 27, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: September 9, 2011        /S/
                                CHRISTINE Y. WONG
                                Assistant United States Attorney


Dated: September 9, 2011        /S/
                                MICHAEL BURT, ESQ.
                                RICHARD MAZER, ESQ.
                                Attorneys for Christopher Bryan Ablett

IT IS HEREBY ORDERED THAT the parties file their motions and responses as set forth in the agreed-upon schedule set forth above. It is further ordered that the ends of justice served by excluding the period from September 7, 2011, to September 27, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: September _9_, 2011      [signature]
                                HON. RICHARD SEEBORG
                                United States District Judge