MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
KATHRYN HAUN (DCBN 484131)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6740
    Facsimile: (415) 436-6753
    E-Mail: kathryn.haun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CR-0749-RS |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: PRETRIAL AND TRIAL |
| CHRISTOPHER BRYAN ABLETT, | ) | DATES |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 25, 2011, the parties appeared for a status and motions hearing. At that date, the parties requested and the Court ordered that the trial previously set for January 17, 2012 would be continued until January 23, 2012. The Court subsequently issued orders on the parties' respective motions in limine requiring mutual disclosure of information by November 30, 2011. At the hearing and in its Orders, the Court directed the parties to meet and confer on additional pretrial dates. Having done so, the parties stipulate and propose the following dates:

- Daubert hearing for defendant's proposed expert December 12, 2011 at 10:00 a.m. (briefing to be filed by December 8, 2011).
- Final pretrial conference January 17, 2012 at 10:00 a.m.
- Trial commencing with jury selection January 23, 2012 at 8:30 a.m.

The parties will continue to meet and confer on a mutually agreeable date for a hearing date in December 2011 and will submit either a motion or stipulation to the Court proposing such a date by Friday, December 2, 2011.


SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: November 29, 2011        /s/
KATHRYN R. HAUN
Assistant United States Attorney


Dated: November 29, 2011        /s/
MICHAEL BURT, ESQ.
RICHARD MAZER, ESQ.
Attorneys for Christopher Bryan Ablett


IT IS HEREBY ORDERED that the dates set forth in the parties' stipulation above shall be the applicable dates in this matter.

Dated: November  29 , 2011

HON. RICHARD SEEBORG
United States District Judge