UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-179 RS  749 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT RE: TELEPHONE RECORDS** |
| CHRISTOPHER BRYAN ABLETT, | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree that the following information may be accepted as true by the jury:

The phone records marked as Government Exhibits 114 - 131, which represent telephone records as described further below, are true and correct copies of telephone records that were made in or near September 2008, and were kept and maintained in the course of a regularly conducted business activity by persons with knowledge at the respective telephone companies.

(1) AT&T Wireless subscriber data and call detail records associated with (209) 606-0252 for September 2008 (Government Exhibits 114 and 115) and AT&T Wireless base station information for August to September 2008 (Government Exhibit 116).

(2) T-Mobile subscriber data and call detail records associated with (415) 368-8063 for August to September 2008 (Government Exhibit 118).

STIPULATION OF FACT, CR 09-179 RS

1

(3) Verizon Wireless subscriber data and call detail records associated with (650) 515-5274, (408) 472-9440 and (415) 385-8261 for August to September 2008 (Government Exhibits 117, 124 and 135).

(4) Sprint Nextel subscriber data and call detail records associated with (408) 690-2617, (408) 466-2133, and (408) 690-9501 for August to September 2008 (Government Exhibits 119, 123, 127).

(5) Metro PCS subscriber data and call detail records associated with (415) 666-5561, (209) 622-5151, (408) 771-2443, (408) 627-3711, (209) 622-7192, (209) 594-6773, and (209) 622-7197 for August to September 2008 (Government Exhibits 120, 121, 125, 126, 128, 129, 131).

(6) AT&T subscriber data and call detail records associated with (209) 744-2644 for August to September 2008 (Government Exhibit 122).

(7) Comcast subscriber data and call detail records associated with (209) 408-0470 for August to September 2008 (Government Exhibit 130).

SO STIPULATED.

DATED: January 23, 2012

Respectfully submitted,

*/s/ Kathryn R. Haun/*
WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

*/s/ Christopher Ablett/*
CHRISTOPHER ABLETT

*/s/ Richard Mazer/*
RICHARD MAZER
MICHAEL BURT
Attorneys for Defendant Christopher Ablett

STIPULATION OF FACT, CR 09-179 RS