MICHAEL N. BURT, SBN 83377
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: (415)522-1508
FAX: (415)522-1506

RICHARD B. MAZER, SBN 49632
99 Divisadero Street
San Francisco, California 94117
Telephone: (415)621-4100
FAX: (415)621-4111

Attorneys for Defendant
CHRISTOPHER BRYAN ABLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER BRYAN ABLETT<br>Defendant. | **Case No. CR 09 0749 RS**<br>**STIPULATION OF FACT RE: DEFENSE FUNDING** |

The parties hereby stipulate and agree that the following information may be accepted as true by the jury:

The defense lawyers in this case, Mr. Burt and Mr. Mazur, are appointed by the Court to represent Mr. Ablett. Their fees are being paid by the Court. The Mongols Motorcycle Club never ~~actually~~ RS approached Mr. Burt and Mr. Mazur about funding or

made any payments to defend Mr. Ablett in this case, and Mr. Ablett's defense counsel have not received any funding from the Mongols. Current counsel appointed in August of 2009

SO STIPULATED

Dated: January 31, 2012

Respectfully submitted,

Signed:

MICHAEL N. BURT
RICHARD MAZUR
Attorneys for Defendant Christopher Ablett

CHRISTOPHER ABLETT

WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys