UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-749 RS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF FACT RE:** |
| | ) | **PHOTOGRAPH OF VICTIM** |
| CHRISTOPHER BRYAN ABLETT, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree that the following information may be accepted as true by the jury:

Government exhibit 132 is a true and accurate photograph of Mark Guardado with his daughter, Rebecca Guardado, taken during July 2008.

If called to testify, Rebecca Guardado would testify: (1) that the male individual pictured in Government exhibit 132 was her father; (2) that Government exhibit 132 is a photograph that was taken approximately 2 months prior to the September 2, 2008 incident; and (3) that she knew Mr. Guardado to be right-handed, and not left-handed.


SO STIPULATED.

DATED: February 8 , 2012                    Respectfully submitted,

                                            WILLIAM FRENTZEN
                                            KATHRYN R. HAUN
                                            Assistant United States Attorneys


STIPULATION OF FACT, CR 09-749 RS

CHRISTOPHER ABLETT

RICHARD MAZER
MICHAEL BURT
Attorneys for Defendant Christopher Ablett