MICHAEL N. BURT, SBN 83377
600 Townsend Street, Suite 329E
San Francisco, California 94103
Telephone: (415)522-1508
FAX: (415)522-1506

RICHARD B. MAZER, SBN 49632
99 Divisadero Street
San Francisco, California 94117
Telephone: (415)621-4100
FAX: (415)621-4111

Attorneys for Defendant
CHRISTOPHER BRYAN ABLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> CHRISTOPHER BRYAN ABLETT <br>     Defendant. | **Case No. CR 09 0749 RS** <br><br> **STIPULATION OF FACT** |

The United States and defendant Christopher Ablett hereby enter into the following stipulation with regard to the placing of a GPS device on a vehicle in Modesto California, which the jury may consider as true. The parties stipulate that during the investigation (after the homicide), there was active surveillance conducted on Ely Cervantes' residence in Modesto. This survelliaence was conducted prior to Christopher

Stipulation of Fact                                      1

Ablett being positively identified as the suspect in Mark Guardado's homicide. During one of the surveillances, Sergeant Young of the Modesto Police Department recognized Christopher Ablett's vehicle parked in front of Ely Cervantes' reidence. Young and the other members of the Modesto Police Department placed a GPS tracker underneath Christtopher Ablett's vehicle. This was done so that if Christopher Ablett was identified as a suspect, the Modesto Police Department would be able to track his vehicle and determine his whereabouts. During the same surrveillance, Young positively identified Christopher Ablett as the driver and followed Christopher Ablett away from Ely Cervantes' residence. During the surveillance Young followed Ablett to Sante Nella California where they lost sight of his vehicle. After losing sight of the vehicle, Young attempted to relocate Christopher Ablett by activating the GPS tracker. However, the GPS tracker was not operational.

SO STIPULATED

Dated: February 16, 2012                    Respectfully submitted,

Signed: _____
MICHAEL N. BURT
RICHARD MAZER
Attorneys for Defendant Christopher Ablett

_____
CHRISTOPHER ABLETT

_____
WILLIAM FRENTZEN
KATHRYN R. HAUN
Assistant United States Attorneys

Stipulation of Fact                    3