MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
KATHRYN HAUN (DCBN 484131)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6740
   Facsimile: (415) 436-6753
   E-Mail: kathryn.haun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHRISTOPHER BRYAN ABLETT, <br><br> Defendant. | No. 09-CR-0749-RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE: LOCATION AND MAINTENANCE OF EXHIBITS |

    Numerous exhibits were admitted at trial, the majority of which the parties believe should remain in the Court's custody and control until the conclusion of the case and until any mandate issues in this matter. However, with respect to the certain pieces of physical evidence enumerated below the parties hereby stipulate and move the Court for an Order releasing those items admitted into evidence to the custody of the FBI pending the remainder of any proceedings in this matter. The items sought are physical evidence items, for example the drugs, ammunition, knives, bloody clothing from the victim, and items taken from the search warrant of the

defendant's house and motorcycle. Specifically, government exhibit numbers 5, 6, 13, 19, 20, 23, 24, 31, 32, 33, 34, 35, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 57, 59, 60, 61, 63, 65, 66, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 103, 105, 107, 111 and 134 are sought.

The government believes these items belong in a secure vault to preserve the integrity of the evidence and therefore seeks an order releasing those exhibits to the custody of FBI Special Agent Jacob Millspaugh, who will maintain those exhibits in a secure fashion within the FBI's evidence storage vault in 450 Golden Gate Avenue, San Francisco, CA 94102.

SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: March 2, 2012

/s/
KATHRYN R. HAUN
Assistant United States Attorney

Dated: March 2, 2012

/s/
MICHAEL BURT, ESQ.
RICHARD MAZER, ESQ.
Attorneys for Christopher Bryan Ablett

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the exhibits listed above will be returned to the custody of FBI Special Agent Jacob Millspaugh and maintained in a secure location in the FBI's evidence vault the conclusion of proceedings in this matter.

Dated: March _2_, 2012

HON. RICHARD SEEBORG
United States District Judge